UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE EDWARD GODBOULDT, P64089,<br>　　　　Plaintiff,<br>　v.<br>LT. M. BLOISE,<br>　　　　Defendant(s). | Case No. 18-cv-07623-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner incarcerated at California State Prison, Solano (CSP – SOL), has filed a pro se complaint for injunctive relief under 42 U.S.C. § 1983 asking that the court "stop [San Quentin State Prison (SQSP)] Lt. Bloise from punishing me." Compl. (ECF No. 1) at 3. Plaintiff specifically alleges that SQSP staff are letting Bloise "keep me wrongfully on lock down" and "keep making up rules to punish me." Id. But plaintiff is no longer incarcerated at SQSP.

It is well established that when a prisoner is released from prison or transferred to another prison and there is no reasonable expectation that he will again be subjected to the prison conditions from which he seeks injunctive relief, claims for injunctive should be dismissed as moot. See Dilley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995); see also Alvarez v. Hill, 667 F.3d 1061, 1064 (9th Cir. 2012) (same for claims for declaratory relief). Because plaintiff is no longer incarcerated at SQSP and there is no reasonable expectation that he will again be subjected to the conditions from which he seeks injunctive relief (namely SQSP Lt. Bloise), his complaint for injunctive relief under § 1983 is DISMISSED as moot.

**IT IS SO ORDERED**.

Dated: April 16, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE EDWARD GODBOULDT,<br><br>    Plaintiff,<br><br>    v.<br><br>M. BLOISE,<br><br>    Defendant. | Case No. 3:18-cv-07623-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Edward Godbouldt ID: P-64089
CSP Solano A-2-213 L
PO Box 4000
Vacaville, CA 95696

Dated: April 16, 2019

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By: _____
                                                Lashanda Scott, Deputy Clerk to the
                                                Honorable CHARLES R. BREYER